1  Sean P. Flynn (SBN 220184)
   sflynn@foleymansfield.com
2  **FOLEY & MANSFIELD, PLLP**
   300 South Grand Avenue, Suite 2800
3  Los Angeles, CA  90071
   Telephone:  (213) 283-2100
4  Facsimile:   (213) 283-2101

5  Attorneys for
   **SOUTHWEST CREDIT SYSTEMS, LP**
6  **AND LAURIE WHEELER**

7

8  **UNITED STATES DISTRICT COURT**

9  **EASTERN DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| 11  SUSAN FRISBIE, | No:  2:13-cv-01725 MCE DAD PS |
| 12        Plaintiff, | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE** |
| 13        vs. | |
| 14  SOUTHWEST CREDIT SYSTEMS, LP, a Texas Corporation, and LAURIE WHEELER, an Individual, | |
| 15 | |
| 16        Defendants. | |

17

18

19  \\\
20  \\\
21  \\\
22  \\\
23  \\\
24  \\\
25  \\\
26  \\\
27  \\\
28  \\\

**TO THE HONORABLE COURT:**

On October 1, 2013, the Court issued its Order setting the Scheduling Conference in this case for November 8, 2013, at 10:00 am. [Docket # 7.]

Counsel for Defendants, Sean P. Flynn, Esq., currently is scheduled for an all day Arbitration in Los Angeles that same day. This is the third date that has been set for the Arbitration hearing, and the Arbitrator has stated that there will be no further continuances of the Arbitration hearing date.

On October 7, 2013, the Parties were able to reach an agreement to jointly request that the Scheduling Conference in this matter be continued. On October 21, 2013, the Parties agreed to December 6, 2013 as the continued date for the Scheduling Conference subject to the Court's availability.

**IT IS SO STIPULATED.**

Dated: October 24, 2013          **FOLEY & MANSFIELD, PLLP**

                                 By:   *Sean P. Flynn*
                                 Sean P. Flynn
                                 Attorneys for Defendant
                                 **SOUTHWEST CREDIT SYSTEMS, LP AND LAURIE WHEELER**

Dated: October 23, 2013

                                 By:   *Susan Frisbie*
                                 Susan Frisbie
                                 Plaintiff in Pro Se

1

**ORDER**

Pursuant to the parties' stipulation, the November 8, 2013 Status (Pretrial Scheduling) Conference is continued to **December 6, 2013**, at **10:00 AM**. Plaintiff shall file and serve her status report on or before November 22, 2013, and defendants shall file and serve their status report on or before December 2, 2013.

The remainder of the Court's October 1, 2013 Order shall remain in full force and effect.

**IT IS SO ORDERED.**

Dated: October 24, 2013

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.pro se\frisbie1725.stip.cont.ord.docx