UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN FRISBIE, | No. 2:13-cv-1725 MCE DAD PS |
| Plaintiff, | |
| v. | ORDER |
| SOUTHWEST CREDIT SYSTEMS, LP and LAURIE WHEELER, | |
| Defendants. | |

Plaintiff, Susan Frisbie, is proceeding pro se in the above entitled action. The action has therefore been referred to the undersigned pursuant to Local Rule 302(c)(21) for all purposes encompassed by that rule. On December 6, 2013, the matter came before the undersigned for a Status (Pretrial Scheduling) Conference. Plaintiff Susan Frisbie appeared telephonically on her own behalf and attorney Sean Flynn appeared telephonically on behalf of the defendants.

After hearing from the parties, IT IS ORDERED that:

1. A Telephonic Settlement Conference is set for **Friday, January 6, 2014, at 10:00 a.m**., at the United States District Court, 501 I Street, Sacramento, California, in Courtroom No. 27, before the undersigned.

/////

2. Each party is required to appear at the Settlement Conference telephonically, either by counsel or, if proceeding in propria persona, on her own behalf. Each party shall pre-arrange their appearance by contacting the courtroom deputy of the undersigned magistrate judge, at (916) 930-4128, no later than 48 hours before the Telephonic Settlement Conference; a land line telephone number must be provided.

3. Each party shall submit a confidential settlement conference statement to the undersigned, so that the undersigned is in possession of the statement by no later than January 3, 2014.[1]

Dated:  December 6, 2013

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:6
Ddad\orders.pro se\frisbie1725.oah.120613.docx

---

[1] A separate scheduling order will be issued setting the remainder of the dates that will apply in this action.