UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN FRISBIE,<br><br>Plaintiff,<br><br>v.<br><br>SOUTHWEST CREDIT SYSTEMS, LP and LAURIE WHEELER,<br><br>Defendants. | No. 2:13-cv-1725 MCE DAD PS<br><br>FINDINGS AND RECOMMENDATIONS |

Plaintiff, Susan Frisbie, is proceeding pro se in the above entitled action. The action has therefore been referred to the undersigned pursuant to Local Rule 302(c)(21) for all purposes encompassed by that rule. On January 6, 2014, the matter came before the undersigned for a settlement conference at which time the case settled and plaintiff agreed to file a dismissal of this action within six weeks thereafter. (Dkt. No. 23.)

On February 18, 2014, plaintiff filed a "Motion for Order of Dismissal," seeking to have this matter dismissed with prejudice pursuant to the parties' settlement agreement. (Dkt. No. 26.) No opposition has been filed to plaintiff's motion.

Accordingly, IT IS HEREBY RECOMMENDED that:

1. Plaintiff's unopposed February 18, 2014 motion to dismiss (Dkt. No. 26) be granted;

/////

1

      2. Plaintiff's August 28, 2013 amended complaint (Dkt. No. 4) be dismissed with prejudice; and

      3. This case be closed.

These findings and recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(1).  Within fourteen (14) days after these findings and recommendations are filed, any party may file written objections with the court.  A document containing objections should be titled "Objections to Magistrate Judge's Findings and Recommendations."  Any reply to the objections shall be served and filed within seven (7) days after service of the objections.  The parties are advised that failure to file objections within the specified time may, under certain circumstances, waive the right to appeal the District Court's order.  See Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated:  March 24, 2014

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:6
Ddad\orders.pro se\frisbie1725.vol.dism.f&rs.docx