1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   SUSAN FRISBIE,                           No.  2:13-cv-1725 MCE DAD PS

12                  Plaintiff,

13         v.                                 ORDER

14   SOUTHWEST CREDIT SYSTEMS, LP
     and LAURIE WHEELER,
15

16                  Defendants.

17

18         Plaintiff is proceeding pro se in the above-entitled action.  The matter was referred to a

19   United States Magistrate Judge pursuant to Local Rule 302(c)(21).

20         On March 25, 2014, the magistrate judge filed findings and recommendations herein

21   which were served on all parties and which contained notice to all parties that any objections to

22   the findings and recommendations were to be filed within fourteen days after service of the

23   findings and recommendations.  The fourteen day period has expired, and no party has filed

24   objections to the findings and recommendations.

25         The court has reviewed the file and finds the findings and recommendations to be

26   supported by the record and by the magistrate judge's analysis.

27   /////

28   /////

                                              1

Accordingly, IT IS HEREBY ORDERED that:

1.  The findings and recommendations filed March 25, 2014 (Dkt. No. 27) are adopted in full;

2.  Plaintiff's unopposed February 18, 2014 motion to dismiss (Dkt. No. 26) is granted;

3.  Plaintiff's August 28, 2013 amended complaint (Dkt. No. 4) is dismissed with prejudice; and

4.  This case is closed.

Dated:  April 22, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

2