# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

JUDGMENT IN A CIVIL CASE

SUSAN FRISBIE,

CASE NO: **2:13–CV–01725–MCE–DAD**

v.

SOUTHWEST CREDIT SYSTEMS, LP, ET AL.,

___

<u>XX</u> –– **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 4/23/14

**Marianne Matherly**
Clerk of Court

ENTERED: **April 23, 2014**

by: /s/ A. Meuleman
Deputy Clerk